the Court of Criminal Appeals. That court may either dismiss the Charge and its specification and reassess the sentence based on the affirmed findings, or it may order a rehearing on the affected charge and specification and the sentence.

No. 14–0685/AF. U.S. v. Wilber J. McIntosh, Jr. CCA 37977. On consideration of Appellant's motion to attach documents, and noting that said documents are already included in the record, it is ordered that said motion is hereby denied as moot.

No. 14–0744/NA. U.S. v. Allyssa K. Simmermacher. CCA 201300129. Appellee's motion for leave to file a supplement to the joint appendix is granted.

No. 15–0310/MC. U.S. v. Spencer J. Russo. CCA 201300324. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to February 2, 2015.

Thursday, January 15, 2015

No. 14–0685/AF. U.S. v. Wilber J. McIntosh, Jr. CCA 37977. On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER APPELLANT RECEIVED INEFFECTIVE ASSISTANCE WHEN DEFENSE COUNSEL FAILED TO INTRODUCE EVIDENCE WHICH STRONGLY CORROBORATED THE DEFENSE THEORY THAT THE ALLEGATIONS IN THIS CASE WERE FALSE.

Briefs will be filed under Rule 25.